UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21489-BB

RENZO BARBERI,

     Plaintiff,

v.

STARTCAR INC., a Florida Profit
Corporation and ATLANTIKA 36 LLC, a
Florida Limited Liability Company,

     Defendants.

_____/

## NOTICE OF SETTLEMENT

Defendant, StartCar Inc., by and through its undersigned counsel, hereby gives notice that

all parties have reached a final settlement. The settlement documents are in the process of being

prepared and final dismissal papers will be filed with the Court within twenty (20) days.

Dated: July 2, 2025

                                 Respectfully submitted,

                                 **GREENSPOON MARDER LLP**
                                 *Attorneys for Defendant, StartCar Inc.*
                                 200 E. Broward Boulevard, Suite 1800
                                 Ft. Lauderdale, FL 33301
                                 Phone: (954) 491-1120
                                 Facsimile: (954) 267-8027

                            By: */s/Alejandro I. Leiva*
                                 **PETER R. SIEGEL**
                                 Florida Bar No.: 988634
                                 Peter.Siegel@gmlaw.com
                                 Debbie.Rubin@gmlaw.com
                                 **ALEJANDRO I. LEIVA**
                                 Florida Bar No.: 118309
                                 Alex.Leiva@gmlaw.com
                                 Marcela.Moreno@gmlaw.com

*Barberi v. StartCar Inc., et al.*
CASE NO.: *25*-cv-21489-BB
Defendant's Notice of Settlement

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 2, 2025, a true and correct copy of the foregoing was filed with this Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

BY: s/  Alejandro I. Leiva
**ALEJANDRO I. LEIVA**

## SERVICE LIST

*Attorneys for Plaintiff*

**THE ADVOCACY LAW FIRM, P.A.**
Ronald E. Stern, Esq.
ronsternlaw@gmail.com
1250 East Hallandale Beach Boulevard
Suite 503
Hallandale Beach, Florida 33009
Tel.: (954) 639-7016

2