**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21489-BLOOM/Elfenbein**

RENZO BARBERI,

     Plaintiff,

v.

STARTCAR INC., *a Florida*
*Profit Corporation* and ATLANTIKA
36 LLC, *a Florida Limited Liability*
*Company*

     Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

     **THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [25], indicating that the parties have reached a settlement of the claims in this case.

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to allow the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 25-cv-21489-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 2, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2